THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

*********************************************************************

| | |
|---|---|
| IN RE: | : |
| | :     CASE NO. 5:17‑bk‑03076‑JJT |
| David A. Waldron aka David Waldron | : |
| | :     CHAPTER 13 |
| Debtor(s) | : |

*********************************************************************

**PRAECIPE TO WITHDRAW PRE CONFIRMATION CERTIFICATION**

*********************************************************************

AND NOW COMES, the Debtor, David A. Waldron, by and through his attorney, Tullio DeLuca, Esq., and requests the withdrawal of the Pre Confirmation Certification.

                                                    Respectfully submitted,

Date:   October 30, 2017                   /s/Tullio DeLuca
                                                  Tullio DeLuca, Esq.,
                                                  PA ID# 59887
                                                  Attorney for Debtor
                                                  381 N. 9th Avenue
                                                  Scranton, PA 18504

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: :
: **CASE NO. 5:17-bk-03076-JJT**
David A. Waldron aka David Waldron :
: **CHAPTER 13**
**Debtor(s)** :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on, October 30, 2017, he caused a true and correct copy of Debtor's Praecipe to Withdraw the Pre Confirmation Certification, to be served via First Class Mail, Postage Pre-Paid on the following:

CHARLES J. DEHART, III, ESQ.
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036


Date October 30, 2017                    /s/Tullio DeLuca
                                         Tullio DeLuca, Esq.
                                         Attorney for Debtor